COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 DAMIAN
 CERROS,
  
                             Appellant,
  
 v.
  
 THE STATE OF TEXAS,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00418-CR
  
 Appeal from the
  
 210th District Court
  
 of El Paso County, Texas
  
 (TC#20030D01912)
 
 




 

MEMORANDUM OPINION

Damian Cerros
pleaded guilty to possession of five pounds or less but more than four ounces
of marijuana.  In accordance with a plea
agreement, the trial court deferred adjudicating guilt and placed Cerros on community supervision for three years.  Cerros filed a
notice of appeal.  On September 8, 2003,
we notified Cerros=s counsel that the notice of appeal
is defective because it does not contain the trial court=s certification of Cerros=s right of appeal.  See
Tex. R. App. P. 25.2(a)(2),
(d).  We informed counsel that he must
remedy this defect by filing an amended notice of appeal in this Court within
thirty days.  We also informed counsel
that if the amended notice of appeal was not filed, 








the appeal would be dismissed.  More than thirty days have passed, and we
have not received the amended notice of appeal. 
Accordingly, the appeal is dismissed.[1]

 

SUSAN
LARSEN, Justice

October 23, 2003

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.

 

(Do Not Publish)

 











[1]The
record does not contain any rulings on written, pretrial motions, nor does it
contain the trial court=s
permission to appeal.  See Tex. R. App. P. 25.2(a)(2)(A),(B).